UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.

<u>Jeffrey Sullender, et al</u>

Civil No. 12-cv-387-JL

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 8, 2013, as to its recommendation regarding Count 1, but decline to approve its recommendation as to Count 2 based on the conditional voluntary dismissal filed by the plaintiff.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: December 19, 2013

cc:  Andrea A. Kafka, Esq.
     Jeffrey S. Sullender